TOLEDO BAR ASSOCIATION *v.* GABRIEL.

[Cite as Toledo Bar Assn. *v.* Gabriel (1991), 57 Ohio St. 3d 18.]

(No. 90-796—Submitted October 2, 1990—Decided January 9, 1991.)

*Martin J. Witherell* and *John N. MacKay,* for relator.

*Arthur Wilkowski,* for respondent.

*Per Curiam.* Having thoroughly reviewed the record, we find that respondent committed the misconduct found by the board. We concur with the board's findings and recommendation. Accordingly, we hereby publicly reprimand respondent. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, DOUGLAS, H. BROWN and REILLY, JJ., concur.

HOLMES and WRIGHT, JJ., dissent.

ARCHER E. REILLY, J., of the Tenth Appellate District, sitting for RESNICK, J.

WRIGHT, J., dissenting. I would suspend respondent for a minimum of six months.

HOLMES, J., concurs in the foregoing dissenting opinion.